THE HONG KONG AND SHANGHAI BANKING CORPORATION, Respondent, *v.* JOSEPH M. EMANUEL, Impleaded, etc., Appellant.

(Argued June 14, 1893; decided June 30, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 24, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict directed by the court.

*Sol. Kohn* for appellant.

*Robert L. Redfield* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.